# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANE DESIO, | |
| Plaintiff, | Case No. 2:15-cv-01440-GMN-CWH |
| vs. | **ORDER** |
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, dba CRAZY HORSE III GENTLEMEN'S CLUB, | |
| Defendant. | |

Presently before the court is the parties' stipulation to extend discovery (ECF No. 68), filed on October 12, 2017. In light of the court's recent order granting plaintiff's motion for conditional certification of this Fair Labor Standards Act collective action, the parties request to extend discovery and the trial schedule to allow sufficient time to compile potential opt-in plaintiffs' contact information, to provide notice and opt-in forms to potential plaintiffs, and to allow for subsequent class discovery.

Given the case's procedural posture, the court grants the stipulation to the extent it seeks to vacate the calendar call set for October 24, 2017, and the trial set for October 30, 2017. The court denies without prejudice the stipulation to the extent it seeks to continue the discovery and other pre-trial deadlines. While the court realizes that an amended scheduling order is necessary under these circumstances, the court is concerned the lack of dates certain in the parties' proposed discovery plan and scheduling order will lead to confusion and difficulty in tracking discovery deadlines. The parties must meet and confer and file a revised proposed discovery plan and scheduling order that include dates certain for all deadlines.

IT IS THEREFORE ORDERED that the parties' Stipulation and Order for Extension/Modification of Discovery Plan and Scheduling Order (ECF No. 68) is GRANTED in

part and is DENIED without prejudice in part as stated in this order.

IT IS FURTHER ORDERED that the calendar call set for October 24, 2017, and the trial set for October 30, 2017, are VACATED.

IT IS FURTHER ORDERED that the parties must meet and confer and file a revised proposed discovery plan and scheduling order by November 7, 2017.

DATED: October 17, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**