# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIANE DESIO, | |
| Plaintiff, | Case No. 2:15-cv-01440-GMN-CWH |
| vs. | **ORDER** |
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, dba CRAZY HORSE III GENTLEMEN'S CLUB, | |
| Defendant. | |

On May 29, 2018, the parties filed a joint status report indicating that a private mediation was scheduled for July 23, 2018. (Status Report (ECF No. 87).) The parties stated that if the case did not settle, they would submit a new discovery plan for the court's review and approval. (*Id.*) The parties have not updated the court on the case's status or filed a new discovery plan. The parties must meet and confer and file a joint status report by August 28, 2018.

IT IS SO ORDERED.

DATED: August 7, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**