ADAM ROSE, ESQ.. pro hac vice
LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, #2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

SHANNON LISS-RIORDAN, ESQ. pro hac vice
HAROLD LICHTEN, ESQ. pro hac vice
LICHTEN & LISS-RIORDAN, PC
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

LAW OFFICES OF KRISTINA L. HILLMAN
KRISTINA L. HILLMAN, ESQ. (NSB 007752)
1594 Mono Avenue, P.O. Box 1987
Minden, Nevada 89423
Telephone: (775) 770-4832
Facsimile: (775) 782-6932

Attorneys for Plaintiff Diane Desio

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANE DESIO, individually, and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC dba CRAZY HORSE III GENTLEMEN'S CLUB, and DOES 1 to 10,<br><br>Defendants. | CASE NO.: 2:2015-cv-01440-GMN-CWH<br><br>STIPULATION AND ORDER TO CONTINUE HEARING REGARDING APPROVAL OF SETTLEMENT; PROPOSED ORDER |

Based on conflicts with Plaintiffs' counsel's calendars, the Parties hereby agree to stipulate to move the hearing regarding approval of settlement from its current hearing date on July 17, 2019 at 10:00 a.m. to August 5, 2019 at 3:30 p.m., or as soon thereafter as the Court may order.

-1-
STIPULATION TO CONTINUE HEARING ON REGARDING APPROVAL OF SETTLEMENT

| | | |
|---|---|---|
| Date: July 15, 2019 | | LAW OFFICE OF ROBERT STARR |
| | | /s/ Adam Rose |
| | | Attorney for Plaintiffs |
| Date: July 15, 2019 | | MORAN BRANDON BENDAVID MORAN |
| | | /s/ Stephanie J. Smith |
| | | Attorney for Defendant |

## ORDER

It is so ordered that the hearing regarding approval of settlement currently scheduled for July 17, 2019 at 10:00 a.m. will be continued to August 5, 2019 at 3:30 p.m.

Dated this __16__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT