ADAM ROSE, ESQ. pro hac vice
LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, #2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

SHANNON LISS-RIORDAN, ESQ. pro hac vice
HAROLD LICHTEN, ESQ. pro hac vice
LICHTEN & LISS-RIORDAN, PC
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

LAW OFFICES OF KRISTINA L. HILLMAN
KRISTINA L. HILLMAN, ESQ. (NSB 007752)
1594 Mono Avenue, P.O. Box 1987
Minden, Nevada 89423
Telephone: (775) 770-4832
Facsimile: (775) 782-6932

Attorneys for Plaintiff Diane Desio

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANE DESIO, individually, and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC dba CRAZY HORSE III GENTLEMEN'S CLUB, and DOES 1 to 10,<br><br>Defendants. | CASE NO.: 2:2015-cv-01440-GMN-CWH<br><br>SECOND STIPULATION AND ORDER TO CONTINUE HEARING REGARDING APPROVAL OF SETTLEMENT; PROPOSED ORDER |

Based on further conflicts with Plaintiffs' counsel's calendars, the Parties hereby agree to stipulate to move the hearing regarding approval of settlement from its current hearing date on August 5, 2019 at 3:30 p.m. to August 19, 2019 at 3:30 p.m., or as soon thereafter as the Court may order.

| | | |
|---|---|---|
| 1 | Date: July 22, 2019 | LAW OFFICE OF ROBERT STARR |
| 2 | | /s/ Adam Rose |
| 3 | | Attorney for Plaintiffs |
| 4 | | |
| 5 | Date: July 22, 2019 | MORAN BRANDON BENDAVID MORAN |
| 6 | | /s/ Stephanie J. Smith |
| 7 | | Attorney for Defendant |

## ORDER

It is so ordered that the hearing regarding approval of settlement currently scheduled for August 5, 2019 at 3:30 p.m. will be continued to August 19, 2019 at 3:30 p.m.

Dated this __26__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT